UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORWOOD COOK, : | Civil No. 04-5713 (RBK) |
| Petitioner, : | |
| v. : | **O R D E R** |
| WARDEN, FCI FORT DIX, : | |
| Respondent. : | |

THIS MATTER having come before the Court on application of petitioner, Norwood Cook, for habeas relief pursuant to 28 U.S.C. § 2241; and the Court having reviewed all written submissions by the petitioner and respondent; and for the reasons discussed in the accompanying Opinion;

IT IS on this   16th   day of December, 2005,

**ORDERED** that petitioner's application for relief under 28 U.S.C. § 2241 is hereby **DENIED**; and it is further

**ORDERED** that petitioner's motion for discovery (Docket Entry No. 14) is hereby **DENIED** as moot; and it is finally

**ORDERED** that the Clerk is directed to serve this Order upon the parties, pursuant to the Federal Rules of Civil Procedure, and to close this file accordingly.

S/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge